

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Richard B. Caschette*

**Richard B. Caschette**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, DOUGLAS COUNTY<br>STATE OF COLORADO<br><br>Douglas County Justice Center<br>4000 Justice Way, Suite 2009<br>Castle Rock, CO 80109 | **EFILED Document**<br>**CO Douglas County District Court 18th JD**<br>**Filing Date: Feb 1 2012 10:21AM MST**<br>**Filing ID: 42253091**<br>**Review Clerk: N/A** |
| **Plaintiff(s):**<br>LIBERTY INSURANCE CORPORATION,<br>a/s/o Robert S. MacLean<br><br>v.<br><br>**Defendant(s):**<br>BSH HOME APPLIANCES CORPORATION | ▲   COURT USE ONLY   ▲<br><br>Case No. 2012CV5<br><br>Division: 3 |
| **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** | |

   THIS MATTER, coming before the Court on Defendant BSH Home Appliances Corporation's Unopposed Motion for Extension of Time to Answer Or Otherwise Respond to the Complaint, and the Court being fully advised in the premises, now therefore,

   IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Accordingly, Defendant shall have up to and including March 2, 2012, in which to answer or otherwise respond to the Complaint.

   DONE this ____ day of _____, 2012.

                                                               BY THE COURT:

                                                               _____
                                                               Richard B. Caschette
                                                               District Court Judge

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Douglas County District Court 18th JD |
| **Judge:** | Richard B Caschette |
| **Current Date:** | Feb 01, 2012 |
| **Case Number:** | 2012CV5 |
| **Case Name:** | LIBERTY INSURANCE CORPORATION vs. BSH HOME APPLIANCE CORPORATION |
| **Court Authorizer:** | Richard B Caschette |

**Court Authorizer Comments:**

NO FURTHER EXTENSIONS WILL BE ALLOWED.

**/s/ Judge Richard B Caschette**