

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Richard B Caschette*

**Richard B. Caschette**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Douglas County District Court 18th JD
Filing Date: Feb  1 2012 10:21AM MST
Filing ID: 42253091
Review Clerk: N/A

DISTRICT COURT, DOUGLAS COUNTY
STATE OF COLORADO

Douglas County Justice Center
4000 Justice Way, Suite 2009
Castle Rock, CO 80109

**Plaintiff(s):**

LIBERTY INSURANCE CORPORATION,
a/s/o Robert S. MacLean

v.

**Defendant(s):**

BSH HOME APPLIANCES CORPORATION

▲   **COURT USE ONLY**   ▲
_____

Case No. 2012CV5

Division: 3

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS MATTER, coming before the Court on Defendant BSH Home Appliances Corporation's Unopposed Motion for Extension of Time to Answer Or Otherwise Respond to the Complaint, and the Court being fully advised in the premises, now therefore,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Accordingly, Defendant shall have up to and including March 2, 2012, in which to answer or otherwise respond to the Complaint.

DONE this _____ day of _____, 2012.

BY THE COURT:

_____
Richard B. Caschette
District Court Judge

**This document constitutes a ruling of the court and should be treated as such.**

|                       |                                                              |
|----------------------:|:-------------------------------------------------------------|
| **Court:**            | CO Douglas County District Court 18th JD                     |
| **Judge:**            | Richard B Caschette                                          |
| **Current Date:**     | Feb 01, 2012                                                 |
| **Case Number:**      | 2012CV5                                                      |
| **Case Name:**        | LIBERTY INSURANCE CORPORATION vs. BSH HOME APPLIANCE CORPORATION |
| **Court Authorizer:** | Richard B Caschette                                          |

**Court Authorizer Comments:**

NO FURTHER EXTENSIONS WILL BE ALLOWED.

**/s/ Judge Richard B Caschette**