

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Richard B. Caschette*

**Richard B. Caschette**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, DOUGLAS COUNTY, COLORADO<br><br>4000 Justice Way<br>Castle Rock, CO 80109 | **EFILED Document**<br>**CO Douglas County District Court 18th JD**<br>**Filing Date: Jan 25 2012 12:42PM MST**<br>**Filing ID: 42125002**<br>**Review Clerk: N/A**<br><br>▲ COURT USE ONLY ▲ |
| **Plaintiff:**<br>LIBERTY INSURANCE CORPORATION as subrogee of Robert MacLean<br>v.<br>**Defendant(s):**<br>BSH HOME APPLIANCE CORPORATION | Case No. 12 CV 5<br><br>Courtroom |
| **Applying Attorney:**<br><br>MICHAEL J. HOPKINS<br>Pennsylvania Bar Number 88080<br>Law Offices of Robert A. Stutman, P.C.<br>501 Officer Center Dr., Suite 300<br>Fort Washington, PA 19034<br><br>**Sponsoring Attorney:**<br><br>TOD E. FITZKE, #20804<br>2260 S. Xanadu Way, Suite 290<br>Aurora, CO 80014-6511<br>Tel: (303) 333-8840<br>Fax: (855) 333-8840<br>E-mail: fitzkelaw@gmail.com | |
| **ORDER ADMITTING MICHAEL J. HOPKINS *PRO HAC VICE* AS COUNSEL FOR PLAINTIFF LIBERTY INSURANCE CORPORATION** | |

THE COURT, having reviewed the Verified Motion to Admit Michael J. Hopkins *pro hac vice* as Counsel for Plaintiff, Liberty Insurance Corporation, and being fully advised,

**HEREBY ORDERS:**

1. Michael J. Hopkins, Pennsylvania Bar No. 88080, is hereby admitted *pro hac vice* as counsel for Plaintiff, Liberty Insurance Corporation.

2. Tod E. Fitzke, Colorado Registration No. 20804, shall serve as sponsoring counsel for Liberty Insurance Corporation throughout this matter.

Done this _____ day of January, 2012.

BY THE COURT:

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | CO Douglas County District Court 18th JD |
| **Judge:** | Richard B Caschette |
| **Current Date:** | Jan 25, 2012 |
| **Case Number:** | 2012cv5 |
| **Case Name:** | Liberty Insurance Corporation v. BSH Home Appliance Corporation |
| **Court Authorizer:** | Richard B Caschette |

**/s/ Judge Richard B Caschette**